**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, JOEL JAVIER LAMAS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 1:06 CR 00225 AWI** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS** |
| v. ) | **CONFERENCE** |
| ) | |
| JOEL JAVIER LAMAS, ) | **Date   :   July 31, 2006** |
| ) | **Time   :   9:00 a.m.** |
| Defendant. ) | **Courtroom   :   Two** |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the Status Conference in the above-captioned matter be continued to August 21, 2006, from July 31, 2006. The time and location of said Status Conference shall remain the same.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A). The reason for the continuance is that counsel for Defendant, JOEL JAVIER LAMAS, will be on vacation on July 31, 2006, and is scheduled to start trial on August 14, 2006, in Visalia, California.

Dated:   July 24, 2006    /s/ Dale A. Blickenstaff
                          DALE A. BLICKENSTAFF
                          Attorney for Defendant, JOEL JAVIER LAMAS

Dated:   July 24, 2006    /s/ Stanley A. Boone
                          STANLEY A. BOONE
                          Assistant U. S. Attorney

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06 CR 00225 AWI**

# ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).


IT IS SO ORDERED.

**Dated:   July 24, 2006**            **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE