UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-00225 AWI |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| JOEL JAVIER LAMAS | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

A.  Order for Revocation And Detention

    After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  Statement of Reasons For The Revocation And Detention

    The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

    __x__ (1)   There is probable cause to believe this defendant has committed a Federal, State or local crime while on release, to wit : Driving under the influence of alcohol; driving with suspended license

    And

    __x__ (2)   There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit: consuming alcohol

    and

    __x__   (3)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS SO ORDERED.

**Dated:**   **October 25, 2006**                  /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES MAGISTRATE JUDGE